**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-43922-7 | RFN | Judge: | RUSSELL F. NELMS | Trustee Name: | Marilyn D. Garner, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | H Melton Ventures Llc | | | | Date Filed (f) or Converted (c): | 11/15/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/12/2018 |
| For Period Ending: | 12/31/2021 | | | | Claims Bar Date: | 04/11/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Bond premium refund (u) | 158.00 | 158.00 | | 0.00 | FA |
| 2.  Havana Social Club<br><br>Membership Interests. Trustee was unable to sell the cigar bar and it was eventually closed. | 1,000,000.00 | 200,000.00 | | 0.00 | FA |
| 3.  Spa810 Greenville, LLC<br><br>Spa810, LLC enitity sold proceeds of Smart car<br>Smart Car purchased by H Melton Ventures LLXC but titles in the name of spa810 Greenville, LLC $5,000.00 | Unknown | 1,100.00 | | 0.00 | FA |
| 4.  Spa810 McKinney, LLC<br><br>Based on sale payment. Collected part of payment and defendent defaulted.<br>Reflected now as Asset 11. | 150,000.00 | 143,400.74 | | 0.00 | FA |
| 5.  HMV The Courtyard Villa, LLC | 100,000.00 | 12,000.00 | | 0.00 | FA |
| 6.  Funds from Receiver - The Korn Diaz Firm (u)<br><br>Funds turned over with a reservation of recievers asserted a secured claim | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Mullin Law PC - Retainer Refund (u)<br><br>Total amount of funds received into chapter 11 $4,465.83<br>Balance remaining from funds receipted in Chapter 11 is $3,975.53 | 0.00 | 3,975.53 | | 0.00 | FA |
| 8.  Bond premium refund for Havana Social Club (u)<br><br>Bond premium paid by the Chapter 11 estate | 0.00 | 901.00 | | 0.00 | FA |
| 9.  Usury and other tort claims<br><br>Potential Lawsuit Liquidation cause of action against X Extreme Constr | 200,000.00 | 200,000.00 | | 0.00 | FA |
| 10. Usury, tort, conversion and other claims<br><br>cause of action against Andrew Korn | Unknown | 0.00 | | 0.00 | FA |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 17-43922-7 | RFN | Judge: | RUSSELL F. NELMS | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | H Melton Ventures Llc | | | | Date Filed (f) or Converted (c): | 11/15/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/12/2018 |
| For Period Ending: | 12/31/2021 | | | | Claims Bar Date: | 04/11/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 11. Breach of contract, fraud, misrepresentation, DTPA Cause of action against spa810, LLC (u)<br><br>The Estate asserted a cause of action against Spa810, LLC. Mara Day Spa, LLC, doing business as Mara's Med Spa, Gregory S. Smith and Ledimara Pinney, jointly referred to herein as "Defendants," for breach of contract and forclosure. Summary Judgment was entered in favor of the Estate and an Agreed Final Judment in Favor of Plaintiff on All Counts in the amount of $191,611.49 was entered by the Court on December 14, 2020.   Pursuant to the terms of the Agreed Judgment, Defendants were required to pay certain sums (lump sum and monthly through October 2021 for a total of $100,000.00. The Agreed Final Judgment also provided that if all payments were timely and completely paid, the Estate would file a satisfaction of the judgment.   Defendants defaulted under the terms of the Agreement Judgment.  A Writ of Execution was issued on May 28, 2021.<br><br>After the default the parties entered into another compromise and settlement that was approved by the Court on 12/17/2021. Defendants have paid the agreed settlement amount of $80,000.00. All assets of the Estate have been administered and the Estate is now ready for closing. | 191,611.49 | 145,500.00 | | 120,500.00 | FA |
| 12. Licenses, franchises, and royalties<br><br>*Spa810, LLC filed bankruptcy in Arizona, claim uncollectable*<br>spa810 Franchise agreement royalties; cause of action against spa810LLC ($400,000 from spa810; 60000 paid to spa810 by MSquared; 150000 paid to spa810 by Jason Ellison) | 575,000.00 | 0.00 | | 0.00 | FA |
| 13. possible $100,000 as rent for spa810 McKinney, LLC<br><br>Did not recover | 100,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-43922-7 | RFN | Judge: | RUSSELL F. NELMS | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | H Melton Ventures Llc | | | | Date Filed (f) or Converted (c): | 11/15/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/12/2018 |
| For Period Ending: | 12/31/2021 | | | | Claims Bar Date: | 04/11/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14.  space occupied by HMV the Courtyard Villas, LLC<br><br>Creditor received funds on motion relief from stay - 10000 security deposit for 1801 Division, Inc. (paid by HMV but for space occupied by HMV the Courtyard Villas LLC) | 10,000.00 | 1.00 | | 0.00 | FA |
| 15.  Internet domain names and websites<br><br>www.hmvdallas.com | 0.00 | 0.00 | | 0.00 | FA |
| 16.  Interests in insurance policies or annuities<br><br>purhaps as an additional insured ortherwise none | Unknown | 0.00 | | 0.00 | FA |
| 17.  Office furniture<br><br>Dell Laptop Latitude | Unknown | 0.00 | | 0.00 | FA |
| 18.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture<br><br>Worst Behavior LLC | Unknown | 0.00 | | 0.00 | FA |
| 19.  Malpractice in state court litigation<br><br>Claims against Almasri firm | Unknown | 0.00 | | 0.00 | FA |
| 20.  Other contingent and unliquidated claims or causes of action of every nature, including counter claims of the debtor and rights to set off claims<br><br>unknown claims against members for negligence or mismanagemnet or breach of duty, including right of setoff - Mismangaement / negligence / breach duty | Unknown | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $2,326,769.49          $707,036.27          $120,500.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

After the default the parties entered into another compromise and settlement that was approved by the Court on 12/17/2021. Defendants have paid the agreed settlement amount of $80,000.00. Any funds remaining in accounts for Debtor subsidiaries will be transferred to the main account for final distribution. All assets of the Estate have been administered and the Estate is now ready for closing.

Initial Projected Date of Final Report (TFR): 12/31/2020          Current Projected Date of Final Report (TFR): 03/30/2022

Trustee Signature:        /s/ Marilyn D. Garner, Trustee Date: 01/28/2022

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 505-1499
mgarner@marilyndgarner.net