**MARILYN D. GARNER**
SBOT No. 07675550
2001 East Lamar Blvd., Suite 200
Arlington, Texas 76006
(817) 505-1499 (817) 549-7200 (FAX)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| H Melton Venture, LLC | | 17-43922-ELM-7 |
| | § | |
| DEBTOR(S) | § | |

### NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT UNCLAIMED FUNDS

TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:

Transmitted herewith is a check for deposit into the court's unclaimed funds registry as unclaimed property for the above referenced chapter 7 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check(s) have not been negotiated.

Name: P.C. Guest & Associates

Address: 412 E. Airport Freeway, Suite 115
Irving, TX 75062

Amount: $2,344.82

                                          Respectfully submitted,
                                          **/s/ Marilyn D. Garner**
                                          Marilyn D. Garner, Trustee
                                          SBOT No. 07675550
                                          2001 East Lamar Blvd., Suite 200
                                          Arlington, Texas 76006
                                          (817) 505-1499 (817) 549-7200 (FAX)

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the **NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT UNCLAIMED FUNDS** was forwarded by electronic transmission to the United States Trustee, on this 10th day of August 2022.

            **/s/ Marilyn D. Garner**
            Marilyn D. Garner