**MARILYN D. GARNER**
SBOT No. 07675550
2001 East Lamar Blvd., Suite 200
Arlington, Texas 76006
(817) 505-1499 (817) 549-7200 (FAX)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| H Melton Ventures, LLC | § | 17-43922-ELM-7 |
| | § | |
| DEBTOR(S) | § | |

### NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT UNCLAIMED FUNDS

TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:

Transmitted herewith is a check for deposit into the court's unclaimed funds registry as unclaimed property for the above referenced chapter 7 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check(s) have not been negotiated.

Name:  1801 Division, Inc.

Address:  777 Main Street, Ste 600
Fort Worth, TX 76102

Amount:  $27,425.38

Respectfully submitted,

**/s/ Marilyn D. Garner**
Marilyn D. Garner, Trustee
SBOT No. 07675550
2001 East Lamar Blvd., Suite 200
Arlington, Texas 76006
(817) 505-1499 (817) 549-7200 (FAX)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT UNCLAIMED FUNDS** was forwarded by electronic transmission to the United States Trustee, on this 10th day of August 2022.

                        **/s/ Marilyn D. Garner**
                        Marilyn D. Garner