UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**FILED**
JAN 17 2023
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

Life Partners Holdings, Inc., et.al

    Reorganized   Debtor(s)

Case No.: 15-40289-mxm11

JOINTLY ADMINISTERED (Chapter 11)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a [✓] creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Lynell Lucas |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative *(If Claimant is an individual, skip to Question No. 3)* | |
| 3. | Current Mailing Address | 2752 Remmert Rd, Bellville, TX 77418 |
| 4. | Telephone Number | 281.734.3205 |
| 5. | SS# *(last 4 digits only)* or EIN # | 0025 |
| 6. | Amount Being Claimed | $5,374.51 |

I, Lynell Lucas, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 01/06/2023

Claimant Signature: *Lynell Lucas*

Co-Claimant Signature: N/A

Subscribed and Sworn to Before Me this 12th day of January.

Notary Public
In and for the State of Texas

My commission expires 9/26/26

AARON ALLAN CHAVEZ
Notary Public, State of Texas
Comm. Expires 09-26-2026
Notary ID 133984633

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 01/12/2023

Claimant's Signature

|     | HolderID#     | Claimant Name & Address                                                                          | Amount      |
|-----|---------------|--------------------------------------------------------------------------------------------------|-------------|
| 273 | 1128436A10700 | Nailin Lu & Weijen Chen<br>10527 Grand Oak Cir<br>Austin, TX 78750-0000                          | $18,757.75  |
| 274 | 1137661A20202 | Lynell Lucas<br>5310 Rose Ln<br>Spring, TX 77373-0000                                            | $5,374.51   |
| 275 | 1077047A11600 | Raymond W Lundberg V.M.D<br>829 SE 8th St<br>Fort Lauderdale, FL 33316-0000                      | $1,556.97   |
| 276 | 1083393A11800 | M.R. Reifke Revoc. Trust<br>c/o its agents Michael & Valerie Reifke<br>7413 School St<br>Loudon, NH 03307-0000 | $1,893.34   |
| 277 | 1146766A20202 | Arthur F. Mack, Jr.<br>4527 Johnson Rd<br>Baytown, TX 77521-0000                                 | $8,875.17   |
| 278 | 1156956A11600 | Julian B. MacQueen<br>22 Highpoint Dr<br>Gulf Breeze, FL 32561-0000                              | $7,087.24   |
| 279 | 1145029A10700 | Thomas C. & Laura S. Magee<br>4450 Shadow Willow Dr<br>El Paso, TX 79922-0000                    | $7,466.46   |
| 280 | 1071217A11600 | Jack Magness<br>814 E Linwood Dr<br>Springfield, MO 65807-1846                                   | $1,922.37   |
| 281 | 1077173A10700 | Chester O. & Jean E. Magnuson<br>[Address Not Known]                                             | $2,380.98   |
| 282 | 1083333A11300 | Maier Advertising Inc. PSP<br>270 Farmington Ave Ste 128<br>Farmington, CT 06032-0000            | $1,338.65   |
| 283 | 1119545A10900 | Mann Heritage, LP<br>3881 Oxbow Ln<br>Sealy, TX 77474-0000                                       | $36,829.47  |
| 284 | 1077705A11800 | Marcus & Geraldine Fisher Revocable Living Trust<br>c/o its agents Marcus & Geraldine Fisher<br>1001 Iberia Rd<br>Galion, OH 44833-0000 | $1,428.63   |
| 285 | 1129236A11600 | Carol Marriott<br>348 Blue Ridge Dr<br>York, PA 17402-0000                                       | $5,587.05   |
| 286 | 1158332A11600 | Bradley Joel Martin<br>1201 Marinaside CR #705<br>Vancouver, BC, V6Z 2V2<br>CA - Canada          | $8,410.46   |
| 287 | 1145685A10700 | Dorothy & Clyde Martin<br>100 Robbins St Apt 102<br>Chapel Hill, NC 27517-0000                   | $15,391.85  |





137661

*Supporting documentation*

651119

# Schedule K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

**2019**
For calendar year 2019, or tax year
beginning _____  ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | 0. | 15 Credits | |
| 2 Net rental real estate income (loss) | | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | | |
| 4a Guaranteed payments for services | | | |
| 4b Guaranteed payments for capital | | | |
| 4c Total guaranteed payments | | 17 Alternative min tax (AMT) items | |
| 5 Interest income | 26. | | |
| 6a Ordinary dividends | 2. | 18 Tax-exempt income and nondeductible expenses | |
| 6b Qualified dividends | | | |
| 6c Dividend equivalents | | | |
| 7 Royalties | | 19 Distributions | |
| 8 Net short-term capital gain (loss) | | | |
| 9a Net long-term capital gain (loss) | | 20 Other information  A 539.  B 220.  V * 38. | |
| 9b Collectibles (28%) gain (loss) | | | |
| 9c Unrecaptured section 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | | |
| 11 Other income (loss)  A* 511. | | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions  L* 220. | | | |
| 14 Self-employment earnings (loss)  A 0. | | | |

### Part I  Information About the Partnership

A  Partnership's employer identification number
81-4644966

B  Partnership's name, address, city, state, and ZIP code
LIFE PARTNERS IRA HOLDER PARTNERSHIP LLC
2001 BRYAN STREET, SUITE 1800
DALLAS, TX  75201

C  IRS Center where partnership filed return ► OGDEN, UT

D  ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

E  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
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

F  Name, address, city, state, and ZIP code for partner entered in E. See instructions.
LYNELL LUCAS
5310 ROSE LANE
SPRING, TX  77373

G  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

H1 ☒ Domestic partner   ☐ Foreign partner
H2 ☐ If the partner is a disregarded entity (DE), enter the partner's:
    TIN _____  Name _____

I1  What type of entity is this partner?  INDIVIDUAL
I2  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐

J  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 0.0036204% | 0.0036204% |
| Loss | 0.0036204% | 0.0036204% |
| Capital | 0.0035077% | 0.0035077% |

Check if decrease is due to sale or exchange of partnership interest ☐

K  Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 6. | $ 10. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

☐ Check this box if item K includes liability amounts from lower tier partnerships.

L  **Partner's Capital Account Analysis**
SEE STATEMENT
Beginning capital account ............. $ 3,578.
Capital contributed during the year ... $
Current year net income (loss) ....... $ 319.
Other increase (decrease) (attach explanation) $ 850.
Withdrawals & distributions .......... $( )
Ending capital account ............... $ 4,747.

M  Did the partner contribute property with a built-in gain or loss?
   ☐ Yes   ☒ No  If "Yes," attach statement. See instructions.

N  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)

21 ☐ More than one activity for at-risk purposes*
22 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

IRS Use Only

*Lynell Lucas*
*2752 Remmert Rd.*
*Bellville, TX 77418*

January 12, 2023

U.S. Bankruptcy Court
1100 Commerce Street, Rm 1254
Dallas, TX 75242

Certified Mail
Return Receipt Requested
7022 3330 0001 5300 1635

Dear Sir or Madam:

    Attached an original fully-executed Application for Payment of Unclaimed Funds complete with the following supporting documents:

1. My Texas drivers license.

2. A 2019 Schedule K-1 from Life Partners establishing proof of my address of record at the time of the bankruptcy - showing my former address of 5310 Rose Lane, Spring, Texas.

3. Fully-executed Form A0213 Vendor Information/TIN Certification.

Please let me know if you need anything else.

Thank you for your attention to this matter.

                              Sincerely,

                              Lynell Lucas
                              281.734.3205

cc:    Office of the United States Attorney
        Attn: Unclaimed Funds
        1100 Commerce Street, 3rd Floor
        Dallas, TX 75242