# REQUEST FOR VENDOR INFORMATION AND TIN CERTIFICATION

Refer to the instructions page for further information on completing this form.

*Note: Typed forms and forms that include a populated Type of Vendor may result in more efficient and precise processing. \*\*For handwritten forms, please see the General Instructions for the list of options for the Type of Vendor, Part 3 - SSN/EIN, Part 5 - U.S. Tax Classification, and Part 8 - Account Type drop down menus.*

**\*\*Type of Vendor**                                              **Intern vendors only** *(effective end date)*:

**Part 1    Payee Information**
Line 1.    Payee Name:
Line 2.    Additional payee information: *(if applicable)*

**Part 2    Business Name** *(if different from above)*

**Part 3    Enter your TIN in the appropriate box.** The TIN provided must match the name given in Part 1, Line 1.    \*\*        EIN:   -
                                                                                                                                                                  SSN:    -   -

**Part 4    SAM UEI #** *(if applicable)*

**Part 5    \*\*Select the appropriate U.S. tax classification for person or entity listed in Part 1, Line 1.**

**Part 6    Mailing Address** *(where payments, orders, and IRS 1099 forms, as applicable, will be sent)*

Street address:
City:                                                                                          State:           Zip code:
Point of Contact *(if different from Part 1, Line 1 above)*    Name:
Phone #: *(no dashes)*                                     Email address:

**Part 7    Additional Address Information** *(if different from above)*

Street address:
City:                                                                                          State:           Zip code:

**Part 8    Electronic Funds Transfer (EFT) Information**

Owner(s) name as it appears on bank account:
Bank Name:
**\*\*Select an Account Type:**               Routing # (9 digits):
Account Number: *(do not include check number)*

**Part 9    Certification**
**Under penalties of perjury, I certify that:**

1.    The number shown on this form is my correct taxpayer identification number; and
2.    I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3.    I am a U.S. citizen or other U.S. person (defined in the instructions).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature:    *Frank J. Ripucati*                                                                  Date:

*Sensitive information must be securely maintained and only visible to designated staff.*