Sherrel K. Knighton
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX 75207
(214) 880-0089 Telephone
(469) 221-5003 Facsimile

Attorneys for Dallas County

**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 17-43922-ELM-7** |
| | § | |
| **H MELTON VENTURES LLC,** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | |

**RELEASE OF INTEREST IN PROOF OF CLAIM NO. 1 OF DALLAS COUNTY**

The law firm of Linebarger Goggan Blair & Sampson, LLP ("Linebarger"), as counsel for Dallas County, a creditor and party-in-interest in this proceeding, hereby states the following:

1. Linebarger, as counsel for Dallas County, filed Proof of Claim Number 1 on October 10, 2017, on behalf of Dallas County. Claim Number 1 was filed as a secured claim in the amount of $804.92 for ad valorem property taxes assessed on property of the debtor. Such taxes are owed to Dallas County.

2. Linebarger is not the creditor that is owed the debt evidenced by Proof of Claim Number 1.

Based on the foregoing, Linebarger hereby releases any claim or right to any funds held in the unclaimed funds registry of the United States Bankruptcy Court for the Northern District of Texas to which Dallas County is rightfully entitled pursuant to its Proof of Claim Number 1.

Dated:  May 18, 2023.

Respectfully submitted,

Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX 75207
Telephone:  (214) 880-0089
Facsimile:  (469) 221-5003
Email: dallas.bankruptcy@lgbs.com

By: _____
        Sherrel K. Knighton
        SBN 00796900

State of Texas                          §
County of Dallas                    §

        SWORN TO AND SUBSCRIBED BEFORE ME THE UNDERSIGNED NOTARY on
this 18th day of ___May_____, 2023 by Sherrel K. Knighton.

_____
Notary in and for the State of Texas

        (SEAL)

My Commission Expires: 6/20/2026

DORA ALICIA CASIANO-PEREZ
Notary Public, State of Texas
Comm. Expires 06-20-2026
Notary ID 128296690