

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 19, 2023**

_____
**United States Bankruptcy Judge**

_____

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
H Melton Ventures LLC § Case No.: 17–43922–elm7
 § Chapter No.: 7
Debtor(s) §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that 1801 Division, Inc. filed an Application for Payment of Unclaimed Funds on 03/15/2023 in the amount of $27,425.38.

The Court, after review of the application, finds:

- ☐ no funds are on record for the claimant
- ☐ no documents of proof are provided with the application
- ☑ insufficient documentation has been provided with the application
- ☑ required Form AO 213 not provided with the application
- ☐ the application was not served on the US Attorney
- ☑ Other: 1) Additional proof of corporation ownership required that substantiates the corporate representative (such as incorporation documents filed with the state or IRS tax documents).
2) Original signed form AO213P is required and must be mailed to the Clerk's Office.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #