BTXN 127 (rev. 1/14)

**FILED**

MAY 24 2023

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                  §
                                        §    Case No.: 17-43922-ELM-7
H MELTON VENTURES LLC                   §
                                        §
            Debtor(s)                   §
                                        §
                                        §

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __X__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Dallas County |
|----|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (If Claimant is an individual, skip to Question No. 3) | John R. Ames<br>Tax Assessor/Collector |
| 3. | Current Mailing Address | 500 Elm Street<br>Ste. 3300<br>Dallas, TX 75202 |
| 4. | Telephone Number | 214-653-7811 |
| 5. | SS# (last 4 digits only) or EIN # | 75-6000905 |
| 6. | Amount Being Claimed | $804.92 |

I, _____John R. Ames_____, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 5/19/23

Claimant Signature                                Co-Claimant Signature

Subscribed and Sworn to Before Me this __19__ day of __May__.

Laura Mati
Notary Public
In and for the State of __Texas__
My commission expires __October 22, 2025__

Laura Mati
My Commission Expires
10/22/2025
Notary ID
129600804

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 5/22/23

_____
Claimant's Signature

U.S. Bankruptcy Court - Northern District of Texas                                        Page 1 of 2

# U.S. Bankruptcy Court

## Northern District of Texas

Notice of Electronic Claims Filing

The following transaction was received from Spindler, Laurie on 10/10/2017 at 2:32 PM CDT

File another claim

| | |
|---|---|
| **Case Name:** | H Melton Ventures LLC |
| **Case Number:** | 17-43922-rfn11 |
| **Creditor Name:** | Dallas County<br>Linbarger, Goggan, Blair & Sampson LLP<br>co Laurie Spindler<br>2777 N Stemmons Frwy, No 1000<br>Dallas, TX 75201<br>County: DALLAS-TX |
| **Claim Number:** | 1    Claims Register |

**Amount Claimed:** $804.92
**Amount Secured:** $804.92
**Amount Priority:** $0.00

File another claim

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** POC_17-43922_Dallas_County_3803492.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=10/10/2017] [FileNumber=41037101
-0] [2387ddf5b0cf0e7e4453a67fba7753ba357091c2492e98e666a0689c4c7486f64
126052a16f7f0f7f49e559a6d3d4fbd01dc80725e48948f8c40377654311bc60]]

**17-43922-rfn11 Notice will be electronically mailed to:**

David D. Ritter on behalf of Debtor H Melton Ventures LLC
dritter@ritterspencer.com, dritter@ritter-legal.com

Laurie A. Spindler on behalf of Creditor Dallas County
Laurie.Spindler@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

**17-43922-rfn11 Notice will not be electronically mailed to:**

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION | PROOF OF CLAIM (Secured) |
|---|---|
| In Re: H MELTON VENTURES LLC | Case Number: 17-43922<br>Chapter: 11 |

Name of Creditor:
**DALLAS COUNTY**

Name/Address Where Notices Should Be Sent:

Laurie A. Spindler
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207

Telephone no: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@publicans.com

☐ Check if you are aware that anyone else has filed a proof of claim relating to your claim.

☐ Check if you have never received any notices from the bankruptcy court in this case.

☐ Check if the address differs from the address on the envelope sent to you by the court.

court use only

Number by which creditor identifies debtor:
See Attached Exhibits

This claim: ☐ replaces ☐ amends a previously filed claim, dated: ☐ supplements

**1. BASIS FOR CLAIM:** AD VALOREM TAXES

**2. DATE DEBT WAS INCURRED:** January 1 of each tax year, pursuant to Sections 32.01 and 32.07 of the Texas Property Tax Code.

**3. CLASSIFICATION OF CLAIM:** Secured claim to extent of collateral value. Unsecured Priority claim [11 U.S.C. 507 (a)(8)] to extent of any shortfall in collateral value and for personal liability. Secured by Tax Lien §§ 32.01 and 32.05 of the Texas Property Tax Code.

**4. TOTAL AMOUNT OF CLAIM:**  $ 0.00  + $ 804.92  + $ 0.00  = $ 804.92
(Unsecured) (Secured) (Priority) (Total)

Plus interest accruing at 12% per annum pursuant to Texas Property Tax Code § 33.01 as allowed under 11 U.S.C. § 506(b)

| Make checks payable to:<br>Mail payments to: | **DALLAS COUNTY**<br>**2777 N. STEMMONS FREEWAY**<br>**SUITE 1000**<br>**DALLAS, TX 75207** |
|---|---|

**5. CREDITS AND SETOFFS:** The amount of the payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**6. SUPPORTING DOCUMENTS:** Attached

court use only

DATE: OCTOBER 09, 2017

/s/ Laurie A. Spindler
Laurie A. Spindler
Attorney I.D. No. 24028720 TX

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 3571

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 17-43922 |
| H MELTON VENTURES LLC | § § | |
| DEBTOR | § § § | CHAPTER 11 |

## DALLAS COUNTY
## PROOF OF CLAIM SUMMARY OF EXHIBITS

| Exhibit No. | Account No. | Tax Years included in Claim | Amount Due |
|---|---|---|---|
| 1 | 99161005420000000 | 2017 | $804.92 |
| | | TOTAL: | $804.92 |



**DALLAS COUNTY TAX OFFICE**
**JOHN R. AMES, CTA**
TAX ASSESSOR/COLLECTOR

1201 Elm Street, Suite 2600
Dallas, Texas 75270
www.dallascounty.org/tax | 214-653-7811
email: propertytax@dallascounty.org

## 2017 TAX STATEMENT

H MELTON VENTURES
SUITE 560
3102 OAK LAWN AVE
DALLAS, TX 75219-6419

Account: 99161005420000000

Property Description:

3102 OAK LAWN AVE 560, DA

PERSONAL PROPERTY
H MELTON VENTURES

| | |
|---|---|
| Land Value: | 0 |
| Improvement Value: | 26,910 |
| Agriculture Value: | 0 |
| Market Value: | 26,910 |

Statement Date:   October 04, 2017

| Jurisdiction | Taxable Value | Tax Rate | Tax Due | Penalties | Total |
|---|---|---|---|---|---|
| DAL CNTY | 26,910 | .243100 | $65.42 | $6.54 | $71.96 |
| HOSP DIST | 26,910 | .279400 | $75.19 | $7.52 | $82.71 |
| COLL DIST | 26,910 | .124238 | $33.43 | $3.34 | $36.77 |
| SCH EQUAL | 26,910 | .010000 | $2.69 | $0.27 | $2.96 |
| DALLAS ISD | 26,910 | 1.282085 | $345.01 | $34.50 | $379.51 |
| DALLAS CTY | 26,910 | .780400 | $210.01 | $21.00 | $231.01 |

| | | | |
|---|---|---|---|
| Total taxes for account: | $804.92 | Pay taxes online at: | **Total Due If Paid By January 31, 2018** |
| Previous payment on account: | $0.00 | www.dallascounty.org/tax | **$804.92** |

Taxes include a 10% penalty

*Your check may be converted to electronic funds transfer*
### Return This Portion With Your Payment

Account: 99161005420000000

2    090901060100000504020000000000000011700000804927

| IF PAID IN | P&I | TOTAL DUE |
|---|---|---|
| Feb | 7% | $861.27 |
| Mar | 9% | $877.37 |

**Total Due If Paid By January 31, 2018**
**$804.92**
Amount Paid: $_____

H MELTON VENTURES
SUITE 560
3102 OAK LAWN AVE
DALLAS, TX 75219-6419

**Remit To:**
John R. Ames, CTA
P O Box 139066
Dallas, Texas 75313-9066

v15.1.60

In Re H MELTON VENTURES LLC

Northern District of Texas
Fort Worth Division

Case No. 17-43922-ELM-7

STATE OF TEXAS )
COUNTY OF DALLAS )

## AFFIDAVIT

BEFORE ME, THE UNDERSIGNED AUTHORITY, A NOTARY PUBLIC IN AND FOR DALLAS COUNTY, TEXAS, PERSONALLY APPEARED JOHN R. AMES, WHO HAVING BEEN FIRST DULY SWORN UPON HIS OATH DID STATE AS FOLLOWS:

"MY NAME IS JOHN R. AMES. I AM OVER THE AGE OF EIGHTEEN (18) AND I HAVE NEVER BEEN CONVICTED OF A FELONY. I AM FULLY COMPETENT TO MAKE THIS AFFIDAVIT. I AM ABLE TO SWEAR, AS I DO HEREBY SWEAR, THAT ALL STATEMENTS MADE HEREIN ARE TRUE AND CORRECT AND BASED ON PERSONAL KNOWLEDGE.

"I AM EMPLOYED AS THE TAX ASSESSOR-COLLECTOR FOR THE DALLAS COUNTY TAX OFFICE, DALLAS COUNTY, TEXAS. I HAVE THE AUTHORIZATION AND CAPACITY TO EXECUTE THE APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS ON BEHALF OF DALLAS COUNTY."

AFFIANT FURTHER SAITH NOT.

NAME: JOHN R. AMES
TITLE: TAX ASSESSOR-COLLECTOR
DALLAS COUNTY TAX OFFICE

BEFORE ME, THE UNDERSIGNED AUTHORITY ON THIS DAY PERSONALLY APPEARED JOHN R. AMES, KNOWN TO ME TO BE THE TAX ASSESSOR-COLLECTOR FOR DALLAS COUNTY, TEXAS, AND ACKNOWLEDGED TO ME THAT HE EXECUTED THE ABOVE AND HAS AUTHORITY TO ACT FOR AND ON BEHALF OF DALLAS COUNTY, TEXAS.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS 19 DAY OF May, 2023.

NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES: October 22, 2025



Sherrel K. Knighton
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX 75207
(214) 880-0089 Telephone
(469) 221-5003 Facsimile

Attorneys for Dallas County

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-43922-ELM-7 |
| | § | |
| H MELTON VENTURES LLC, | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

**RELEASE OF INTEREST IN PROOF OF CLAIM NO. 1 OF DALLAS COUNTY**

The law firm of Linebarger Goggan Blair & Sampson, LLP ("Linebarger"), as counsel for Dallas County, a creditor and party-in-interest in this proceeding, hereby states the following:

1. Linebarger, as counsel for Dallas County, filed Proof of Claim Number 1 on October 10, 2017, on behalf of Dallas County. Claim Number 1 was filed as a secured claim in the amount of $804.92 for ad valorem property taxes assessed on property of the debtor. Such taxes are owed to Dallas County.

2. Linebarger is not the creditor that is owed the debt evidenced by Proof of Claim Number 1.

Based on the foregoing, Linebarger hereby releases any claim or right to any funds held in the unclaimed funds registry of the United States Bankruptcy Court for the Northern District of Texas to which Dallas County is rightfully entitled pursuant to its Proof of Claim Number 1.

Dated: May 18, 2023.

Respectfully submitted,

Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX 75207
Telephone: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@lgbs.com

By: _____
Sherrel K. Knighton
SBN 00796900

State of Texas            §
County of Dallas          §

  SWORN TO AND SUBSCRIBED BEFORE ME THE UNDERSIGNED NOTARY on this 18th day of May, 2023 by Sherrel K. Knighton.

_____
Notary in and for the State of Texas

(SEAL)

My Commission Expires: 6/20/2026

DORA ALICIA CASIANO-PEREZ
Notary Public, State of Texas
Comm. Expires 06-20-2026
Notary ID 128296690